United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-10175
Conference Calendar

_____

JOSEPH DAVID BRODIN,

                                        Petitioner-Appellant,

versus


L. E. FLEMING, Warden, Federal Medical Center
Fort Worth, TX; UNITED STATES OF AMERICA,

                                        Respondents-Appellees.


--------------------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CV-1024-A

--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Joseph David Brodin, federal prisoner # 09360-023, appeals

the dismissal of his civil rights complaint for failure to

comply with the district court's order that he file a specific

complaint.  Brodin offers no reason on appeal for why he refused

to comply with the court's order.  The district court did not

-----

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

abuse its discretion in dismissing his complaint under FED. R. CIV. P. 41(b). <u>McCullough v. Lynaugh</u>, 835 F.2d 1126, 1127 (5th Cir. 1988).

Brodin's appeal is without arguable merit and is therefore frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, his appeal is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.

Brodin is cautioned that the dismissal of this appeal as frivolous counts as a strike for purposes of 28 U.S.C. § 1915(g). <u>See</u> <u>Adepegba v. Hammons</u>, 103 F.3d 383, 385-87 (5th Cir. 1996). Brodin is also cautioned that if he accumulates three "strikes" under 28 U.S.C. § 1915(g), he will not be able to proceed in forma pauperis (IFP) in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. <u>See</u> 28 U.S.C. § 1915(g).

DISMISSED as frivolous.